IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

EVA GREEN                                                                                         PLAINTIFF

vs.                                      Civil No. 4:15-cv-04092-BAB

CAROLYN W. COLVIN                                                                        DEFENDANT
Commissioner, Social Security Administration


## JUDGMENT

Comes now the Court on this the 23rd day of January 2017, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

   **IT IS SO ORDERED.**

/s/  Barry A. Bryant
HON. BARRY A. BRYANT
U. S. MAGISTRATE JUDGE